NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000508
30-JUN-2014
02:00 PM**

NO. CAAP-14-0000508

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


HAWAIʻI HOUSING FINANCE AND DEVELOPMENT CORPORATION,
a Public Body Corporate and Politic of the STATE OF HAWAIʻI,
Plaintiff-Appellee,
v.
REMI PICHAY IBALE and LEAH CASTORILLO IBALE,
Defendants-Appellants,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10,
DOE CORPORATIONS 1-10, and DOE ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 12-1-1746-06)

ORDER APPROVING THE JUNE 26, 2014
AMENDED STIPULATION TO DISMISS WITH PREJUDICE
(By: Foley, Presiding Judge, Fujise and Leonard, JJ.)

Upon consideration of the stipulation to dismiss the appeal filed on June 23, 2014, as amended on June 25, 2014 and as further amended on June 26, 2014 (**Stipulation, as amended**), all filed by Defendants-Appellants Remi Pichay Ibale and Leah Castorillo Ibale (**Appellants**), and the records and files herein,

IT IS HEREBY ORDERED that the Stipulation, as amended, is approved, and the appeal is dismissed, with the parties to bear their own fees and costs.

DATED: Honolulu, Hawai'i, June 30, 2014.

Presiding Judge

Associate Judge

Associate Judge

-2-